Date: 01/27/10        **DIVIDENDS REMITTED TO THE COURT**        Page: 1

*# 149728*

Check Number 113 Dated 01/27/10
Case Number 09-14319 - PACINO, JAMES SAMUEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Illuminating Co. <br> 6896 Miller Rd. <br> Brecksville, OH 44141 <br> (12-1) electric service <br> 110026138823 | 000012 | 180.37 | 1.22 |
|  |  | 180.37 | 1.22 |

*CK 113*

---------- Remittance Total ----------

_____
DAVIS, STEVEN S., Trustee

FILED 2010 JAN 28 PM 2:24
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND